No. 99–8482. PENNINGTON v. CAGGIANO ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 99–8484. ORBE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–8485. WILLIAMS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–8486. WEBB v. EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8493. THORNBURG v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–8497. MCDONALD v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8499. MARTIN v. PEREZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8500. LEWIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–8502. POOLE v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8504. SHABAZZ v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 99–8506. RICHARDSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8507. LEON v. ESTRADA ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8511. TOLBERT v. KPHN RADIO ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8514. THIBEAUX v. JACKSON ET AL. C. A. 5th Cir. Certiorari denied.